## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Criminal No. 4:20-mj-1366** |
| | § | |
| **LEE PRICE III** | § | |

## ORDER TO EXTEND TIME TO INDICT

Before the Court is the Government's Agreed Motion to Extend Time to Indict (the "Motion"). Having considered this Motion, and good cause being found, the Motion is **GRANTED**.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by granting the requested extension of time outweigh the best interests of the public and the defendant in a speedy trial. Specifically, the parties have mentioned there is some possibility of an agreement being reached prior to indictment which would obviate the need to present this case to the grand jury. Such negotiations between the parties constitute "other proceedings concerning the defendant" pursuant to 18 U.S.C. § 3161(h)(1). Allowing the parties to explore possibility of a pre-indictment agreement furthers the ends of justice and advances judicial economy. Additionally, during the ongoing COVID-19 pandemic, limiting the need for grand jurors to convene in large groups

promotes public health.  Accordingly, this extension of time serves the best interests of the public.

The Court hereby finds that the period of time between the date this order is signed and November 2, 2020, shall be excluded in calculating the time within which an indictment or information must be filed under the Speedy Trial Act, 18 U.S.C. § 3161(b).  The deadline to file an information or indictment shall expire no sooner than November 2, 2020.

Signed at Houston, Texas on _____ day of _____ 2020.

_____

United States Magistrate Judge